ROOS v. TREUBIG.

(Supreme Court, Appellate Term. November 18, 1910.)

EXECUTION (§ 419*)—SUPPLEMENTARY PROCEEDINGS—CONTEMPT—PUNISHMENT.
In supplementary proceedings $250 is the maximum fine which can be imposed against the judgment debtor for contempt in failing to appear for examination, where no actual loss or injury is shown.
[Ed. Note.—For other cases, see Execution, Cent. Dig. §§ 1202, 1204; Dec. Dig. § 419.*]

Appeal from City Court of New York, Special Term.

In the matter of supplementary proceedings by William C. Roos, judgment creditor, against George J. Treubig, judgment debtor. From an order adjudging the judgment debtor in contempt of court for failing to appear for examination, and imposing a fine, he appeals. Modified, and, as modified, affirmed.

Argued before GUY, PLATZEK, and GAVEGAN, JJ.

Vitale & Vitale, for appellant.

Nathaniel Phillips, for respondent.

PER CURIAM. The testimony given upon the examination of the judgment debtor is insufficient to warrant the imposition of a fine of more than $250, that being the maximum fine which can be imposed as a punishment for contempt where no actual loss or injury is shown. Ross v. La. Cagnina, 124 N. Y. Supp. 753.

The order appealed from is modified, by reducing the fine imposed to the sum of $250 and $30 costs, and, as modified, affirmed, without costs or disbursements of this appeal.